AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>James Pogue<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  July 9, 2010  in the county of  American Samoa  in the jurisdiction of the  District of Columbia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 33 U.S.C, Section 1908(a) | Knowing Failure to Maintain an Accurate Oil Record Book |

This criminal complaint is based on these facts:
See the Attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Shawn C. Warner
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/22/2011

*Judge's signature*

City and state:  Washington, D.C.   U.S. Magistrate Judge John M. Facciola
*Printed name and title*